395 F.3d 1114
 NEVADA BELL, Plaintiff-Appellee,
v.
PAC-WEST TELECOMM, INC., Defendant-Appellant, and
Nevada Public Utilities Order Commission; Judy M. Sheldrew, and Michael A. Pitlock, Commissioners, Defendants.
 No. 01-15790.
 United States Court of Appeals, Ninth Circuit.
 Argued and Submitted January 12, 2005.
 Filed January 24, 2005.
 
 1
 D. Anthony Rodriguez, San Francisco, CA, for the defendant-appellant.
 
 
 2
 Kevin M. Fong, San Francisco, CA, for the plaintiff-appellee.
 
 
 3
 Appeal from the United States District Court for the District of Nevada; Edward C. Reed, District Judge, Presiding. D.C. No. CV-99-00492-ECR.
 
 
 4
 Before: NOONAN, BEA, Circuit Judges, and ROBERT E. JONES.*
 
 ORDER
 
 5
 The judgment of the district court is AFFIRMED.
 
 
 
 Notes:
 
 
 *
 The Honorable Robert E. Jones, United States Senior District Judge for the District of Oregon, sitting by designation